UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24532-HUCK/TORRES

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MCALISTER'S FRANCHISOR SPV LLC,**
**a foreign limited liability company**,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA and Defendant MCALISTER'S FRANCHISOR SPV LLC, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: June 10, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | 305/266-97780 |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

1

**DENTONS COHEN & GRIGSBY**
Counsel for Defendant
9110 Strada Place, Mercato Dr
Suite 6200
Naples, FL 34108
T. 786/877-7756
Email: bryan.dubon@dentons.com


By      */s/ Bryan F. DuBon*
      BRYAN F. DUBON
      Fla. Bar No. 1007943